# File Hashes for IP Address 24.0.25.224

**ISP:** Comcast Cable
**Physical Location:** Plainfield, NJ

| Hit Date UTC | File Hash | Title |
| --- | --- | --- |
| 02/06/2013 13:44:57 | D8CAC2CE015C6CDE8E5F5A2EC2BF263A086CAA41 | A Little Rain Must Fall |
| 01/26/2013 15:48:24 | 726BF6F75916EE84A5A7E5C3A4C3D2135EB3479D | Backdoor Lover |
| 01/22/2013 19:24:08 | 3C80887ED171F1D026BCA9014151A9A831BDC7A7 | Happy Couple |
| 01/22/2013 19:22:11 | B17E6CBB71FF9E931ED034CFC5EC7A3B8F29BB1E | Pretty Back Door Baby |
| 01/22/2013 17:05:16 | 232CF6B96D55E479F275B0CCF8CE92DDB67775AA | One Night Stand |
| 01/22/2013 16:50:17 | 8F66E198388F37CFB59890DF84E730A57038D2F5 | Fucking Perfection |
| 01/11/2013 20:17:19 | 7543FC0B962821AC118B9A75D0E290558FF884BA | Leila Faye Awesome Threesome |
| 01/09/2013 22:23:28 | AC44BD2FC75996D6918F94E9E85828A7A01BF5B8 | Naughty and Nice |
| 01/02/2013 16:21:11 | 149B621A7854AD4251012BDA94681F3C21D72DE8 | Unbelievably Beautiful |
| 01/02/2013 16:17:24 | 9830D15B5D1BC23579ABD22B39A2BF5E6C941628 | Photo Fantasy |
| 11/28/2012 07:33:08 | 84843936AFD26BF0BFD240E9DF026F5998A9683E | Veronika Coming Home |
| 11/28/2012 03:59:56 | 2D944FBF51FCFD4184A742CC675EFF5DEE9E7B40 | Heart and Soul |
| 11/28/2012 03:57:31 | E585A9E47A98B1E13803043CCA5C10C2960874A7 | Angel Afternoon Delight |

**Total Statutory Claims Against Defendant: 13**

EXHIBIT A

CNJ51